UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ADBAC QUAT JOINT VENTURE,

        Plaintiff,

   v.

QUADEX PHARMACEUTICALS LLC,
and DOES 1-100, inclusive,

        Defendants.

NO. CIV. S-05-0802 WBS KJM

ORDER
RE: MOTION TO DISMISS

----oo0oo----

Pursuant to Federal Rule of Civil Procedure 12(b)(6), plaintiff moves to dismiss four of the five counterclaims defendant Quadex Pharmaceuticals LLC asserts.[1]  The causes of action plaintiff moves to dismiss are labeled: (1) intentional interference with prospective economic advantage; (2) negligent interference with prospective economic advantage; (3) slander; and (4) defamation.  These counterclaims are all based on plaintiff's act of petitioning the FDA and threatening to file

---

[1] Defendant's fifth counterclaim is for declaratory relief.  (First Am. Counterclaim).

1

1  suit and filing suit.  (First Am. Counterclaim).
2          Defendant has filed a notice of non-opposition to
3  plaintiff's motion.  Therefore, plaintiff's motion will be
4  granted.
5          IT IS THEREFORE ORDERED that defendant's counterclaims
6  for: (1) intentional interference with prospective economic
7  advantage; (2) negligent interference with prospective economic
8  advantage; (3) slander; and (4) defamation be, and the same
9  hereby are, DISMISSED.
10 DATED: July 14, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE