1   ANN G. GRIMALDI (SBN 160893)
ERIC S. C. LINDSTROM (SBN 197063)
2   MCKENNA LONG & ALDRIDGE LLP
101 California Street
3   41st Floor
San Francisco, CA  94111
4   Telephone:     (415) 267-4000
Facsimile:      (415) 267-4198
5
Attorneys for Plaintiff
6   ADBAC QUAT JOINT VENTURE

7

8                    **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11   ADBAC QUAT JOINT VENTURE,            CASE NO.  2:05 – CV – 00802 WBS KJM

12                    Plaintiff,          **ADBAC QUAT JOINT VENTURE AND
                                          QUADEX PHARMACEUTICALS, LLC'S**
13          v.                            **AMENDED NOTICE OF SETTLEMENT
                                          AND STIPULATION TO DISMISS**
14   QUADEX PHARMACEUTICALS LLC;          **ACTION IN ITS ENTIRETY WITH**
     and DOES 1-100, Inclusive,           **PREJUDICE**
15
                    Defendants.
16

17
                                          Judge:           The Honorable William B. Shubb
18
                                          Courtroom:     5
19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS ACTION

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, on March 24, 2005, the ADBAC Quat Joint Venture (the "Joint Venture")

2 filed a lawsuit against Quadex Pharmaceuticals, LLC ("Quadex") in Sacramento County Superior

3 Court, captioned *ADBAC Quat Joint Venture v. Quadex Pharmaceuticals, LLC* (Case No.

4 05AS01307) (the "Action"), seeking damages, injunctive relief and declaratory relief for the

5 following causes of action stemming from Quadex's allegedly wrongful use of certain scientific

6 studies, which the Joint Venture owns and previously submitted to the U.S. Environmental

7 Protection Agency and the California Department of Pesticide Regulation, relating to the

8 pesticide active ingredient alkyl dimethyl benzyl ammonium chloride:  (1) conversion; (2) unjust

9 enrichment; (3) intentional interference with prospective economic advantage; (4) negligent

10 interference with prospective economic advantage; (5) violation of the California Unfair

11 Competition Law; and (6) declaratory relief;

12     WHEREAS, on or about April 25, 2005, Quadex removed the Action to the United States

13 District Court, Eastern District of California (Case No. S-05-0808 WBS KJM), filed an answer

14 denying all liability and asserted a counterclaim for declaratory relief; and

15     WHEREAS, the Joint Venture and Quadex have settled the above-captioned matter.

16     THE PARTIES HEREBY STIPULATE pursuant to Rule 41(a)(1)(ii) of the Federal Rules

17 of Civil Procedure that the entire above-captioned action be dismissed WITH PREJUDICE and

18 that each party will bear its own attorneys' fees and costs.

19

20 DATED:  May 18, 2006            MCKENNA LONG & ALDRIDGE LLP

21

22                 By:  /s/ Ann G. Grimaldi
                             Ann G. Grimaldi

23                 Attorneys for Plaintiff
                 ADBAC QUAT JOINT VENTURE

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  May 17, 2006                          SNELL & WILMER L.L.P.

2

3                                                By:  /s/ Curtis J. Drake
                                                     (as authorized on May 17, 2006)
4                                                    Curtis J. Drake

5                                                Attorneys for Defendant
                                                QUADEX PHARMACEUTICALS LLC
6

7  DATED:  May 17, 2006                          DOWNEY BRAND LLP

8

9                                                By:  /s/ Tory E. Griffin
                                                     (as authorized on May 17, 2006)
10                                                   Tory E. Griffin

11                                               Attorneys for Defendant
                                                QUADEX PHARMACEUTICALS LLC
12

13

14  IT IS SO ORDERED.

15  DATED:  May 17, 2006

16  _____
                                                 WILLIAM B. SHUBB
17                                               UNITED STATES DISTRICT JUDGE

18

19

20

21

22  SF:27209011.1

23

24

25

26

27

28

**MCKENNA LONG &
ALDRIDGE LLP**
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
AMENDED NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS ACTION

PDF created with pdfFactory trial version www.pdffactory.com